COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§            No. 08-10-00151-CR

IN RE: JAMIE LUEVANO,           §        AN ORIGINAL PROCEEDING

Relator.                        §            IN MANDAMUS

§

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Jamie Luevano, *pro se*, has filed a petition for writ of mandamus requesting this Court to appoint attorney, Mr. John Mobbs, as "co-counsel" on appeal. In order to obtain relief through a writ of mandamus, a relator must establish: (1) no other adequate remedy at law is available; and (2) that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals At Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). An act is ministerial if it does not involve the exercise of any discretion. *State ex rel. Hill v. Court of Appeals for the Fifth District*, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001). Based on the petition and record provided, Relator has not demonstrated he is entitled to mandamus relief. *See* TEX.R.APP.P. 52.8. Therefore, the mandamus relief requested is DENIED.

July 7, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)